# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JENNIE L. EDINGER, individually and )
on behalf of all others similarly situated, ) Case No. 2:13-cv-00202-CB
)
Plaintiff, )
) *Electronically Filed*
v. )
)
REED OIL COMPANY, INC., )
)
Defendant. )

## DECLARATION OF SUNSHINE R. FELLOWS IN SUPPORT OF UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

I, Sunshine R. Fellows, hereby state under penalty of perjury as follows:

1.  I am a partner in the law firm of Carlson Lynch Ltd. I submit this Declaration in support of my firm's application for an award of attorneys' fees and reimbursement of costs in connection with services rendered to the plaintiffs' settlement class.

2.  This firm's compensation for the services it has rendered in this case has been wholly contingent on the success of this litigation.

3.  As Class Counsel, the attorneys of my firm were involved in the activities reflected in the spreadsheet appended hereto as Exhibit A.

4.  All of this work was reasonable and necessary to the prosecution of this case.

5.  The attorneys in my firm have spent 55.5 hours working on this case from inception through February 14, 2014, and the spreadsheet includes an estimate of time and expenses since that date through the hearing on the motion for final approval of the settlement on

1

February 24, 2014. The corresponding lodestar for this period, based on the firm's current rates, is $19,425.00.

6. None of the time included in Class Counsel's fee application is for any work that has been done in connection with the application for fees.

7. From inception through February 14, 2014, plus the estimate for preparing and attending the hearing on the final approval of the settlement, my firm has expended a total of $1,779.80 in unreimbursed expenses in connection with the prosecution of this litigation. These expenses are reflected in the books and records of this firm maintained in the ordinary course of business. These books and records are prepared from expense vouchers and check records and are an accurate record of the expenses incurred.

I declare under penalty of perjury that the foregoing is true and correct, this 14th day of February, 2014.

_____
Sunshine R. Fellows

# Exhibit A

| JENNIE L. EDINGER V. REED OIL COMPANY, INC. (W.D. Pa. No. 2:13-cv-00202-CB) *Fees and Expenses of Carlson Lynch LTD through February, 2014* | | |
|---|---|---|
| **DESCRIPTION** | **ATTORNEY HOURS** | **FEE (@ $350/HOUR)** |
| **Case Assessment, Development, and Administration** | | |
| Fact Investigation/Development | 8.5 | $2,975.00 |
| Analysis/Strategy | 3.9 | $1,365.00 |
| Experts/Consultants | 0 | 0 |
| Document/File Management | 0 | 0 |
| Legal Research | 2.5 | $875.00 |
| Budgeting | 0 | 0 |
| Settlement | 5.5 | $1,925.00 |
| Other Case Activity | 0.8 | $280.00 |
| **Pre-Trial Pleadings and Motions** | | |
| Pleadings | 3.7 | $1,295.00 |
| Preliminary Jury Instruction Preparation | 0 | 0 |
| Legal Research | 0.5 | $175.00 |
| Preliminary Injunctions/Provisional Remedies | 0 | 0 |
| Court Mandated Conferences | 1.2 | $420.00 |
| Dispositive Motions | 0 | 0 |
| Certification Motions | 0 | 0 |
| Hearing Preparation and Attendance | 1.0 | $350.00 |
| Other Written Motions and Submissions | 7.1 | $2,485.00 |
| **Discovery** | | |
| Written Discovery | 7.9 | $2,765.00 |
| Legal Research | 0.6 | $210.00 |
| Document Production | 5.4 | $1,890.00 |
| Depositions | 0 | 0 |
| *Plaintiff Representatives* | 0 | 0 |
| *Defendant Representatives* | 0 | 0 |
| *Third Parties* | 0 | 0 |
| Expert Discovery | 0 | 0 |

| | | |
|---|---|---|
| Discovery Motions | 0 | 0 |
| Other Discovery | 0 | 0 |
| **Trial Preparation and Trial** | | |
| Mediation Statement | 0 | 0 |
| Mediation Conference | 6.9 | $2,415.00 |
| Pre-Trial Statement Preparation | 0 | 0 |
| Witness List Preparation | 0 | 0 |
| Exhibit List Preparation | 0 | 0 |
| Fact Witnesses | 0 | 0 |
| Expert Witnesses | 0 | 0 |
| Written Motions and Submissions | 0 | 0 |
| Other Trial Preparation | 0 | 0 |
| Trial and Hearing Attendance | 0 | 0 |
| Post-Trial Motions and Submissions | 0 | 0 |
| Enforcement | 0 | 0 |
| **Appeal** | | |
| Appellate Motions and Submissions | 0 | 0 |
| Appellate Briefs | 0 | 0 |
| Oral Argument | 0 | 0 |
| **Expenses** | | |
| Court Costs | $400.00 | $400.00 |
| Expert Fees | 0 | 0 |
| Mediation Fees | $1,104.00 | $1,104.00 |
| Private Investigator | 0 | 0 |
| Travel/Parking | $25.00 | $25.00 |
| Transcripts | 0 | 0 |
| Demonstrative Exhibits | 0 | 0 |
| Postage/Federal Express | $35.00 | $35.00 |
| Copying | $15.80 | $15.80 |
| Miscellaneous | $200.00 | $200.00 |
| | **Total Fees and Expenses to Date** | **$21.204.80** |